IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. PRATT,

    Plaintiff,

v.

CHENEGA INTEGRATED SYSTEMS,

    Defendant.

No. C 07-01573 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This matter is set for a hearing on August 17, 2007 at 9:00 a.m. on Defendant Chenega Integrated System's motion to dismiss or, in the alternative, motion to change venue. The case management conference, originally set for June 29, 2007 is HEREBY RESET to follow the hearing on August 17, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 19, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. PRATT,

        Plaintiff,

v.

CHENEGA INTEGRATED SYSTEMS et al,

        Defendant.

Case Number: CV07-01573 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Anthony Pratt
716-250 Sagebrush Blvd.
Susanville, CA 96130

Nathan Wade Austin
Jackson Lewis
801 K Street
Suite 2300
Sacramento, CA 95814

Dated: June 19, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk